CJF9.29.19
PCM/BM: USAO#2019R00679

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. SAG-19-0477 |
| | * | |
| **KAHSIM RAY,** | * | (Possession of Ammunition by a |
| | * | Prohibited Person, 18 U.S.C. |
| **Defendant** | * | § 922(g)(1); Forfeiture, 18 U.S.C, § |
| | * | 924(d), 28 U.S.C. § 2461(c)) |
| | * | |

\*\*\*\*\*\*\*

### INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about August 26, 2019, in the District of Maryland, the defendant,

**KAHSIM RAY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, that is, two Winchester .380 caliber cartridges, six Browning .380 caliber cartridges and one Remington Peters .380 caliber cartridges, and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**KAHSIM RAY,**

shall forfeit to the United States the ammunition listed in County One of this Indictment and involved in the commission of the offense.

18 U.S.C. § 924(d)
28 U.S.C. § 2461

Robert K. Hur
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

October 9, 2019
Date